# COURT MINUTES/ORDER

## United States Magistrate Patrick M. Hunt

**Fort Lauderdale Courtroom 310**                    Date: 12/4/2025   Time: 11:00 AM

Defendant: **Chelsea Michelle Ann Cox**     J#: 20338-512    Case #:   **0:25-cr-60249-DSL-1**

AUSA: **Germaine Corprew**                    Attorney: **Bruce L. Udolf**

Violation: 18:U.S.C.§611 VOTING BY ALIENS

Proceeding: Report Re: Counsel Hearing/ Arraignment          CJA Appt:

Bond/PTD Held: ☐   ⦿ No          Recommended Bond:

Bond Set at:                                  **Co-signed by**:

Language: *English*

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS **as directed**/or _____ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/**Electronic Monitoring** and/or Curfew ___ pm to ___ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

**Disposition:**

Defendant Present. See permanent notice of appearance filed in open court by private attorney Bruce L. Udolf. Defendant Arraigned. Reading of Information (Misdemeanor) Waived, Not Guilty Plea Entered Jury Trial Demanded, Standing Discovery Order Requested. Defense ore tenus motion for Entry of Standing Discovery Order- Granted-. All Further proceedings will be held in front of District Judge David S. Leibowitz. Brady order Entered Today.

**NEXT COURT APPEARANCE**   Date:          Time:                    Place:

**Report RE Counsel**:

**PTD**/Bond Hearing:

Prelim/**Arraign** or Removal:

Status Conference RE:

D.A.R. 11:18:12                    Time in Court: 5 Minutes

**CHECK IF APPLICABLE:** __For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..