UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 25-CR-60249-DSL

CHELSEA MICHELLE ANN COX,

Defendant.
_________________________________/

**DEFENDANT'S MOTION TO EXCUSE PERSONAL APPEARANCE AT HEARING AND TO PERMIT, IF POSSIBLE, TELEPHONIC APPEARANCE**

COMES NOW Defendant Chelsea Michelle Ann Cox, by and through undersigned counsel, and files this Motion to Excuse her Personal Appearance at the Hearing Scheduled for September 15, 2026, and alternatively, if possible, to permit her telephonic appearance at said hearing, and shows the Court as follows:

1. The Court has scheduled a hearing on the Defendant's Motion to Dismiss on grounds that the statute under which she is charged, 18 U.S.C. § 611 is unconstitutional on its face and as applied to her. The Court is expected to hear arguments from both the government and the defense, as well as from amicus counsel at that time.

2. Ms. Cox has been hospitalized at the Cleveland Clinic for complications resulting from her August 2025 kidney transplant since September 7, 2026. She is currently undergoing dialysis and does not expect to either be released from the hospital any time soon, or, if released, she does not expect to be able to appear in Court on September 15, 2026. At this time, she is unaware if she can appear by telephone, but she may be able to do so if

she can obtain assistance from a family member or a nurse, as she has numerous tubes and wires attached to her neck which make it difficult for her to speak by telephone. In either event, Ms. Cox is desirous of proceeding with the hearing as scheduled and is willing to waive her presence so that this issue can finally be determined on the merits as soon as possible.

3. The undersigned has discussed this motion with AUSA Christopher Killoran who has indicated that he has no objection to the relief sought in this motion.

4. This motion is made in good faith and not for purposes of delay.

WHEREFORE, for the reasons stated above, the undersigned requests that this motion be granted.

Respectfully submitted,

BRUCE L. UDOLF, P.A.

By: */s/Bruce L. Udolf*
Bruce L. Udolf
599 SW Second Avenue
Fort Lauderdale, FL 33301
954-415-2260
budolf@bruceudolf.com

**CERTIFICATE OF SERVICE**

I HEREBY certify that on September 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Bruce Udolf*
Bruce Udolf