**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-60249-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA,**

**v.**

**CHELSEA MICHELLE ANN COX,**

**Defendant.**
_______________________________/

**ORDER GRANTING MOTION TO EXCUSE PERSONAL APPEARANCE**

THIS CAUSE came before the Court on the Defendant's Motion to Excuse Personal Appearance at Hearing [ECF No. 58]. Being fully advised, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED.**

Defendant Cox is excused from attending the motion hearing, currently scheduled for September 15, 2026.

**DONE AND ORDERED** in the Southern District of Florida on September 10, 2026.

_______________________________
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record