**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-CR-60249-LEIBOWITZ**

**UNITED STATES OF AMERICA,**

**v.**

**CHELSEA MICHELLE ANN COX,**

Defendant.

**PROTECTIVE NOTICE OF APPEAL**

NOTICE is hereby given that the UNITED STATES OF AMERICA hereby appeals to the United States Court of Appeals for the Eleventh Circuit from an Order Granting Defendant's Motion to Dismiss on Unconstitutionality of 18 U.S.C. § 611 [ECF 64] entered in this action on the 1st day of October 2026.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: CHRISTOPHER KILLORAN
Christopher Killoran
Assistant United States Attorney
Florida Bar No. 27999
500 East Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Tel: (954) 660-5669
Christopher.Killoran@usdoj.gov